UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX Z. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LXS 2005-7N TRUST FUND; NDEx WEST, LLC, AND DOES 1-100, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 5:13-cv-00603-JAK-OP<br><br>JUDGMENT<br><br>JS-6 |

On October 7, 2013, this Court granted the motions to dismiss and expunge lis pendens of defendant US Bank National Association, as Trustee and having ordered entry of judgment as requested in the motion to dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Plaintiff Alex Z. Martinez shall take nothing by this action, and defendant US Bank National Association, as Trustee, shall recover $2,100 from plaintiff as its reasonable attorneys' fees awarded in connection with the motion to expunge lis

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

972575.01/LA

Case No. 5:13-cv-00603-JAK-OP
Judgment

1  pendens. Said fees are to be paid by plaintiff within 30 days of the order granting the
2  motion to expunge.

3
4  Dated: October 29, 2013

_____
Hon. John A. Kronstadt
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

972575.01/LA

Case No. 5:13-cv-00603-JAK-OP
Judgment

-2-